```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 20593
  MAX PONDER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-8390

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/05/2007 and was not confirmed.

     The case was dismissed without confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
DEUTSCHE BANK             NOTICE ONLY    NOT FILED           .00          .00
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED           .00          .00
CHASE MORTGAGE SERVICES   SECURED NOT I   49837.56           .00          .00
SAXON MORTGAGE SERVICES   CURRENT MORTG       .00            .00          .00
SAXON MORTGAGE SERVICES   SECURED NOT I   33248.35           .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                    --------------     --------------
TOTALS                   .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE